UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00059 |
|---|---|---|
| VS. | : | JUDGE WALTER |
| OSCAR HERNANDEZ-HERNANDEZ | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #25], and in the transcript previously filed herein, [Doc. #20] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #21], and concurring with the finding of the Magistrate Judge under applicable law:

IT IS ORDERED that the **GUILTY PLEA** entered by defendant **OSCAR HERNANDEZ-HERNANDEZ** on May 25, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE